```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0721
         Facsimile: (213) 894-0141
 7       E-mail:    John.Lulejian@usdoj.gov

 8  Attorneys for Applicant
    UNITED STATES OF AMERICA
 9
```



FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2019

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

EDCV 19-00777-RGK (SHK)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION  CV 19-00777 RGK (SHK)

| IN THE MATTER OF THE EXTRADITION OF THOMAS TABBERT  A Fugitive from the Government of the Federal Republic of Germany. | No. ED 19-0193 M<br>ED 16-0437 M<br><br>[Proposed] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT |
|---|---|

The Court has received the Complaint filed on November 2, 2016, by Abigail W. Evans, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of the Federal Republic of Germany ("Germany"), for the extradition of THOMAS TABBERT ("TABBERT"). The Court also has received an Affidavit of Consent to Extradition, dated May 20, 2019, executed by TABBERT and witnessed by his attorney, Deputy Federal Public Defender Caroline Hahn.

On May 20, 2019, TABBERT appeared before the Court in open session, accompanied by his attorney, and in the presence of Assistant United States Attorney John J. Lulejian. The Court

addressed TABBERT and is satisfied that he is aware of his rights as set forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as TABBERT has conceded that he is extraditable on the charge for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending arrival of duly authorized representatives of the Government of Germany to effect his transfer to the Germany, the Court finds on the basis of the record herein and the representations of TABBERT and counsel that:

1. The undersigned judicial officer is authorized under 18 U.S.C. § 3184, to conduct an extradition hearing;

2. The Court has personal jurisdiction over TABBERT and subject matter jurisdiction over the case;

3. There is currently in force an extradition treaty between the Government of the United States and the Government of Germany: Treaty Between the United States of America and the Federal Republic of Germany Concerning Extradition, U.S.-F.R.G., June 20,1978, T.I.A.S. No. 9785, as amended by the Supplementary Extradition Treaty with the Federal Republic of Germany, U.S.-F.R.G., Oct. 21, 1986, S. Treaty Doc. No. 100-6 (1987), as amended by the Second Supplementary Treaty to the Treaty Between the United States of America and the Federal Republic of Germany Concerning Extradition, U.S.-F.R.G., Apr. 18, 2006, S. Treaty Doc. No. 109-14 (2006) (collectively the "Treaty");

4. TABBERT has been charged in Germany with the crime of aggravated extortionate robbery, in violation of German Criminal

Code, Section 255; Section 253, paragraphs (1) and (2); Section 250, paragraph (2), subsection (1); and Section 249, paragraph (1);

    5.  This charge constitutes an extraditable offense within the meaning of Article 2 of the Treaty;

    6.  Germany seeks the extradition of TABBERT to be held for trial or other disposition; and

    7.  TABBERT has stipulated that there is probable cause to believe that he committed the offense for which extradition is sought.

    Based on the foregoing, the Court concludes that TABBERT is extraditable for the offense for which extradition was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

    IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

    IT IS FURTHER ORDERED that TABBERT be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of duly authorized representatives of Germany, at which time TABBERT together with any evidence seized incidental to his arrest and sought by the Government of Germany will be transferred to the custody of such authorized representatives of Germany at such time and place as mutually agreed

upon by the United States Marshal and the duly authorized representatives of the Government of Germany to be transported to Germany.

IT IS SO ORDERED.

Dated this 20th day of May, 2019.

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney